Abraham N. Goldman/Cal. State Bar #102080
David Springfield/Cal. State Bar #226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
Post Office Box 120 / 12896 Rices Crossing Road
Oregon House, CA 95962-0120
Tel.: (530) 692-2267
Fax: (530) 692-2543
E-mail: agoldman@succeed.net   davids@succeed.net

Attorneys for Plaintiff
JOEI LYN SANCHES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | Case No. CV 08 1395 MEJ |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CITY OF CRESCENT CITY, et al. | |
| Defendants. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. §636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, incuding trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: March 18, 2008         By: _____
                              ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
                              David Springfield
                              Attorney for Plaintiff JOEI L. SANCHES

CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE

1