1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA 94107
5
   Telephone:   (415) 512-3000
6  Facsimile:   (415) 856-0306

7  Attorneys for Defendants
   CITY OF CRESCENT CITY, DENNIS BURNS,
8  ELI NAFFAH, MIKE SCAVUZZO

FILED
MAY - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; AND DOES 1 through 100, AND EACH OF THEM, INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 08-01395 MEJ<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>**BY FAX** |

TO PLAINTIFFS, THEIR COUNSEL OF RECORD AND TO THE ABOVE HONORABLE COURT:

　　PLEASE TAKE NOTICE that defendants' attorneys will be unavailable for any and all purposes during the following period: June 4 – 11, 2008.

　　The Court has discretion to impose monetary sanctions where counsel on notice of opposing counsel's vacation plans schedules proceedings during the vacation period. (See *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) Cal.App.4th 299, 307 [compensation for

///

---

NOTICE OF UNAVAILABILITY
OF COUNSEL                                                    CASE NO. CV 08-01395 MEJ
60186.1 CR015-004

1  airfare and reimbursement for lost vacation where counsel's conduct was found unreasonable in
2  scheduling depositions during opposing counsel's vacation.]
3
4  Dated: May 1, 2008                               Liebert Cassidy Whitmore
5
6                                                   By: _____
7                                                   Morin I. Jacob
                                                    Attorneys for Defendants
                                                    CITY OF CRESCENT CITY,
8                                                   DENNIS BURNS,
                                                    ELI NAFFAH, MIKE SCAVUZZO
9

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

NOTICE OF UNAVAILABILITY
OF COUNSEL                              - 2 -                    CASE NO. CV 08-01395 MEJ
60186.1 CR015-004

10358793 tif - 5/1/2008 1:32:45 PM

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 153 Townsend Street, Suite 520, San Francisco, California 94107.

On the date set forth below, I served the within:

## NOTICE OF UNAVAILABILITY OF COUNSEL

on the following interested party(s) in this action:

Abraham N. Goldman
ABRAHAM N. GOLDMAN & ASSOCIATES
P.O. Box 120
12896 Riccs Crossing Road
Oregon House, CA 95962-0120
Telephone: (530) 692-2267
Facsimile: (530) 692-2543

[X] **VIA MAIL – CCP §1013(a):**
By placing a true copy thereof in a sealed envelope(s), addressed as above, with postage thereon fully prepaid, and placing it for collection and mailing on date set forth below, following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service; correspondence placed for collection and mailing is deposited with the United States Postal Service at
San Francisco, California, that same day in the ordinary course of business.

[X] **VIA FACSIMILE – CCP §1013(e); CRC 2008:**
By arranging for facsimile transmission from facsimile number (415) 856-0306 to the above listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission(s) was reported completed without error.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on May 1, 2008.

*Sarah Stewart*
Sarah Stewart
Secretary to Morin I. Jacob

59126.1 CR015-004                                           - 1 -

PROOF OF SERVICE

10358793.tif - 5/1/2008 1:32:45 PM