1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA  94107
5
   Telephone:    (415) 512-3000
6  Facsimile:    (415) 856-0306
7  Attorneys for Defendants
   CITY OF CRESCENT CITY, DENNIS BURNS,
8  ELI NAFFAH, MIKE SCAVUZZO
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  JOEI LYN SANCHES,                          Case No.  CV 08-01395 MEJ

14                  Plaintiff,                 **DEFENDANTS' NOTICE OF FAILURE TO
                                               TIMELY SERVE AND FILE OPPOSITION
15         v.                                  TO MOTION TO DISMISS FOR LACK OF
                                               JURISDICTION AND FAILURE TO STATE
16  CITY OF CRESCENT; DENNIS BURNS;            A CLAIM UPON WHICH RELIEF CAN BE
    ELI NAFFAH; MIKE SCAVUZZO; AND             GRANTED [FRCP 12(b)(1,(6)]**
17  DOES 1 through 100, AND EACH OF
    THEM, INCLUSIVE,
18
                                               **Date:     May 29, 2008**
19                  Defendants.                **Time:     10:00 a.m.**
                                               **Place:    Courtroom B**
20

21  TO PLAINTIFF, HER COUNSEL OF RECORD, AND THE ABOVE HONORABLE COURT:

22         NOTICE IS HEREBY GIVEN THAT Plaintiff Joei-Lynn Sanches has failed to timely

23  serve and file an Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and

24  Failure to State A Claim Upon Which Relief Can Be Granted [FRCP 12(b)(1,(6)] in accordance

25  with Local Rules of

26  ///

27  ///

28  ///

NOTICE OF FAILURE TO TIMELY SERVE
AND FILE OPPOSITION TO MOTION                              CASE NO. CV 08-01395 MEJ
TO DISMISS

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

1  the United States District Court for the Northern District of California.

2

Dated: May 12, 2008                    Liebert Cassidy Whitmore

3

4

                                       By: _____

5                                          Morin I. Jacob
                                           Attorneys for Defendants
6                                          CITY OF CRESCENT CITY,
                                           DENNIS BURNS, ELI NAFFAH,
7                                          MIKE SCAVUZZO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within action. My business address is 153 Townsend Street, Suite 520, San Francisco, California  94107.

On the date set forth below, I served the within:

**DEFENDANTS' NOTICE OF FAILURE TO TIMELY SERVE AND FILE OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(1,(6)]**

on the following interested party(s) in this action:

Abraham N. Goldman
ABRAHAM N. GOLDMAN & ASSOCIATES
P.O. Box 120
12896 Rices Crossing Road
Oregon House, CA  95962-0120
Telephone: (530) 692-2267
Facsimile:  (530) 692-2543

☒ **VIA MAIL – CCP §1013(a):**
By placing a true copy thereof in a sealed envelope(s), addressed as above, with postage thereon fully prepaid, and placing it for collection and mailing on date set forth below, following ordinary business practices.  I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service; correspondence placed for collection and mailing is deposited with the United States Postal Service at
San Francisco, California, that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on May 12, 2008.

_Sarah Stewart_
Sarah Stewart
Secretary to Morin I. Jacob

59126.1 CR015-004

- 1 -