

1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA 94107
5
   Telephone:    (415) 512-3000
6  Facsimile:    (415) 856-0306

7  Attorneys for Defendants
   CITY OF CRESCENT CITY, DENNIS BURNS,
8  ELI NAFFAH, MIKE SCAVUZZO

9
10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   JOEl LYN SANCHES,                    Case No.  CV 08-01395 MEJ
14
                Plaintiff,              **DEFENDANTS' NOTICE OF FAILURE TO**
15                                      **TIMELY SERVE AND FILE OPPOSITION**
        v.                             **TO MOTION TO DISMISS FOR LACK OF**
16                                      **JURISDICTION AND FAILURE TO STATE**
   CITY OF CRESCENT; DENNIS BURNS;      **A CLAIM UPON WHICH RELIEF CAN BE**
17 ELI NAFFAH; MIKE SCAVUZZO; AND       **GRANTED [FRCP 12(b)(1,(6)]**
   DOES 1 through 100, AND EACH OF
18 THEM, INCLUSIVE,

19             Defendants.             **Date:   May 29, 2008**
                                       **Time:   10:00 a.m.**    **BY FAX**
20                                      **Place:  Courtroom B**

21 TO PLAINTIFF, HER COUNSEL OF RECORD, AND THE ABOVE HONORABLE COURT:

22      NOTICE IS HEREBY GIVEN THAT Plaintiff Joei-Lynn Sanches has failed to timely

23 serve and file an Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and

24 Failure to State A Claim Upon Which Relief Can Be Granted [FRCP 12(b)(1,(6)] in accordance

25 with Local Rules of

26 /i/

27 ///

28 ///

   NOTICE OF FAILURE TO TIMELY SERVE
   AND FILE OPPOSITION TO MOTION                          CASE NO. CV 08-01395 MEJ
   TO DISMISS

the United States District Court for the Northern District of California.

Dated: May 12, 2008                          Liebert Cassidy Whitmore

                                             By: _____
                                                 Morin I. Jacob
                                                 Attorneys for Defendants
                                                 CITY OF CRESCENT CITY,
                                                 DENNIS BURNS, ELI NAFFAH,
                                                 MIKE SCAVUZZO

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

NOTICE OF FAILURE TO TIMELY SERVE
AND FILE OPPOSITION TO MOTION          - 2 -                    CASE NO. CV 08-01395 MEJ
TO DISMISS

1 **PROOF OF SERVICE**

2     I, the undersigned, declare:

3     I am employed in County of San Francisco, State of California. I am over the age of

4 eighteen years and not a party to the within action. My business address is 153 Townsend Street,

5 Suite 520, San Francisco, California 94107.

6     On the date set forth below, I served the within:

7 **DEFENDANTS' NOTICE OF FAILURE TO TIMELY SERVE AND FILE OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE**
8 **A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(1,(6)]**

9 on the following interested party(s) in this action:

10 Abraham N. Goldman
11 ABRAHAM N. GOLDMAN & ASSOCIATES
P.O. Box 120
12 12896 Rices Crossing Road
Oregon House, CA 95962-0120
13 Telephone: (530) 692-2267
Facsimile: (530) 692-2543
14

15 ☒ **VIA MAIL – CCP §1013(a):**
By placing a true copy thereof in a sealed envelope(s), addressed as above, with postage thereon fully prepaid,
16 and placing it for collection and mailing on date set forth below, following ordinary business practices. I am
readily familiar with my firm's business practice of collection and processing of correspondence for mailing
17 with the United States Postal Service; correspondence placed for collection and mailing is deposited with the
United States Postal Service at
18 San Francisco, California, that same day in the ordinary course of business.

19     I declare under penalty of perjury that the foregoing is true and correct.

20     Executed at San Francisco, California on May 12, 2008.

21

22                        Sarah Stewart

23                        Sarah Stewart
Secretary to Morin I. Jacob

24

25

26

27

28

59126.1 CR015-004               - 1 -

PROOF OF SERVICE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107