# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEI LYN SANCHES,

         Plaintiff (s)

   v.

CITY OF CRESCENT CITY,

         Defendant (s)

CASE NO. C-08-1395 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

    On April 21, 2008, Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of May 29, 2008. (Doc. 8.) Due to a court clerical error, the matter was not placed on Magistrate Judge James' calendar. As Judge James is unavailable on May 29, the matter must be continued. Accordingly, the Court VACATES the May 29 hearing date. A new hearing date shall be assigned forthwith.

Dated: May 27, 2008

_____
By: Brenda Tolbert, Deputy Clerk