IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | No. C-08-1395 MEJ |
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants. | |

On April 21, 2008, Defendants in the above-captioned matter filed a Motion to Dismiss with a noticed hearing date of May 29, 2008. (Doc. 8.) Due to a court clerical error, the matter was not placed on Magistrate Judge James' calendar. As Judge James is unavailable on May 29, the matter must be continued. Accordingly, the Court VACATES the May 29 hearing date. A new date shall be assigned forthwith.

**IT IS SO ORDERED.**

Dated: May 28, 2008

MARIA-ELENA JAMES
United States Magistrate Judge