UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOEI LYN SANCHES

                Plaintiff(s),

v.

CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; et al.
                Defendant(s).
_____/

Case No. CV-08-1395 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 30, 2008

                                                                                     ALL DEFENDANTS
                                                                                     [Party]

Dated: May 30, 2008

                                                                                     MORIN I. JACOB
                                                                                     [Counsel]