IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF CRESCENT CITY, et al.,<br><br>    Defendants.<br>_____/ | Case No. C-08-1395 MEJ<br><br>**ORDER SETTING HEARING DATE FOR DEFENDANTS' MOTION TO DIMISS** |

The Court will hear Defendants *Motion to Dismiss for Lack of Jurisdiction* and *Failure to State a Claim on Which Relief can be Granted* on June 19, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June12, 2008

MARIA-ELENA JAMES
United States Magistrate Judge