United States District Court
For the Northern District of California

1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   JOEI LYN SANCHES,                          Case No. C-08-1395 MEJ

           Plaintiff,                           ORDER RESETTING HEARING DATE
12                                              FOR DEFENDANT'S MOTION TO
       vs.                                      DISMISS
13

14   CITY OF CRESCENT CITY, et al.,

15           Defendants.

16   _____/

17

18

19         The Court hereby resets the hearing date for Defendant's Motion to Dismiss. The motion will

20   be heard on July 10, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco,

21   California.

22

23         **IT IS SO ORDERED.**

24

25

26   Dated: June 24, 2008                       _____
                                                MARIA-ELENA JAMES
27                                              United States Magistrate Judge

28