Abraham N. Goldman/Cal. State Bar #102080
David Springfield/Cal. State Bar #226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
Post Office Box 120 / 12896 Rices Crossing Road
Oregon House, CA 95962-0120
Tel.: (530) 692-2267
Fax: (530) 692-2543
E-mail: agoldman@succeed.net   davids@succeed.net

Attorneys for Plaintiff
JOEI LYN SANCHES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOEI LYN SANCHES,** | Case No. **CV 08 1395 MEJ** |
| Plaintiff, | **PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY** |
| v. | |
| **CITY OF CRESCENT CITY, et al.** | Date: July 10, 2008 |
| | Time: 10:00 a.m. |
| **Defendants.** | Dept.: Courtroom B, 15th Floor |
| | Judge: Maria-Elena James |

Plaintiff respectfully requests this Court for leave to appear via telephone at the Hearing of Defendants' Motion to Dismiss the original Complaint, which has been reset several times, and is currently set for July 10, 2008.

The original Notice of Motion had been set by defendants on May 29, 2008, which was then vacated by the Court on May 28, 2008. The Motion was then reset to be heard concurrently with the initial CMC on June 19, 2008. However, the Court ruled on CMC Order without the need for the parties to appear, and the Motion date was continued again, and is now set for July 10, 2008 at 10:00 a.m.

In the interim since the Motion was originally filed on April 21, 2008, plaintiff filed a First Amended Complaint on May 14, 2008, before defendants had filed any Answer. Plaintiff's First Amended Complaint superseded the original Complaint prior to defendants filing any

1  Answer.

2  Next, on June 12, 2008, the parties filed a Joint CMS and (Proposed) Case Management
3  Order and a Discovery Plan, which was ruled on by the Court without hearing with a Case
4  Management Order on June 18, 2008.

5  Plaintiff respectfully submits that the pending Motion is thus moot.  However, if the Court
6  does intend to proceed with the hearing, plaintiff requests leave to appear by telephone for the
7  following reasons.

8  1. Since the filing of the First Amended Complaint made the Motion moot, there is no
9  need for a hearing at all, or only a very brief hearing at most.

10  2. Plaintiff's counsel is located in rural Yuba County, which is located approximately a
11  three to three-and-one-half hour drive, each way, to the Courthouse in San Francisco.  Since the
12  Hearing on this Motion would likely be very short, if one is needed at all, plaintiff's counsel
13  respectfully submits that six to seven hours of driving would be wasteful and inefficient since any
14  participation needed by plaintiff's counsel, in light of the filing of the First Amended Complaint
15  and the issuance of the Case Management Order, would be very slight.

16  3.  In addition, plaintiff's lead counsel, Abraham N. Goldman, is severely hearing
17  impaired, basically being deaf in both ears, with hearing possible through a cochlear implant.
18  Because of the electronic devices, capability for hearing for plaintiff's counsel is actually better
19  over the telephone than it would be in open Court.

20  Accordingly, plaintiff respectfully requests leave to appear by telephone at the Hearing
21  on July 10, 2008 at 10:00 a.m.

22  Respectfully submitted,              ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.

23  Dated:  June 26, 2008           **/S/ Abraham N. Goldman**
                                    Abraham N. Goldman, Attorney for Plaintiff
24                                  David Springfield, Attorney for Plaintiff

25

26

27

28
**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**
2

## **PROOF OF SERVICE**

I am over the age of 18 years, not a party, and am employed at Yuba County, California. Pursuant to common business practice, I served the attached:

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

on the following party and attorneys in this action by causing a true and correct copy thereof to be delivered addressed as shown below, by facsimile and first class U.S. Mail on *June 26, 2008,* to:

| | |
|---|---|
| Richard C. Bolanos, Esq.<br>Morin I. Jacob, Esq.<br>LIEBERT CASSIDY WHITMORE<br>153 Townsend Street, Suite 520<br>San Francisco, CA  94107<br>Fax:  (415) 856-0306 | Attorneys for defendants CITY OF CRESCENT CITY**,** DENNIS BURNS, ELI NAFFAH, and MIKE SCAVUZZO |

I am familiar with common business practice regarding collection and processing of documents for mailing with the U.S. Postal Service.  Such documents were sealed prepaid and placed for collection on the date stated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed *June 26, 2008,* at Yuba County, California.

**/S/ Katherine W. Lendech**
Katherine W. Lendech