|  | LAW OFFICES OF | |
|---|---|---|
| | **EVELYN M. HUNT** | |
| **TELEPHONE** | 84  SOTELO AVENUE | **FACSIMILE** |
| (415) 566-6312 | SAN FRANCISCO, CALIFORNIA  94116 | (415) 566-6313 |

July 7, 2008

| | |
|---|---|
| Abraham Goldman; David Springfield | Morin Jacob; Richard Bolanos |
| P.O. Box 120 | Liebert Cassidy Whitmore |
| 12896 Rices Crossing Road | 153 Townsend Street, Suite 520 |
| Oregon House, CA 95962 | San Francisco, CA 94107 |

     Re:    <u>Sanches v. City of Crescent City, et al</u>
              Case No. 3:08-cv-01395 MEJ  MED

Dear Counsel:

I have been appointed by the District Court to serve as Mediator under the court's alternative dispute program.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b).  Please be advised that I worked with Mr. Bolanos for approximately one year around 1990.  I have not been in contact with him since that time and I do not believe that brief acquaintance would compromise my impartiality or the appearance of impartiality.

Before conducting the mediation, I would like to speak with lead counsel in a telephone conference about the following:

- the procedures to be followed
- the nature of the case
- appropriate dates for the mediation
- the parties who will be present at the meeting
- any matters that would pose impediments to an effective mediation
- a location for us to meet

I will set up a conference call on Wednesday, July 16, 2008, at 10:00 a.m. to talk about a date and place for the mediation, as well as the other matters listed above.  Please ascertain from your clients a selection of dates when they, as well as you, will be able to attend our mediation.  It must be concluded no later than September.  If you are not available on the date and time suggested for the conference call, please let me know.

Very truly yours,
    /s/
Evelyn M. Hunt
cc:    ADR Unit