IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | Case No. C-08-1395 MEJ |
| Plaintiff, | ORDER SETTING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants. | |

The Court hereby reschedules the hearing date for defendant's motion to dismiss. The hearing shall take place on Thursday, July 24, 2008, at 10:00 a.m., in Courtroom B. 450 Golden Gate Avenue, San Francisco, California. Plaintiff's counsel to appear telephonically.

**IT IS SO ORDERED.**

Dated: July 17, 2008

MARIA-ELENA JAMES
United States Magistrate Judge