Total Time (Hrs): **8 min**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** July 24, 2008
**TITLE:** Sanches -v- City of Crescent City            **CASE #:** C-08-1395 MEJ

### APPEARANCES:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| David Springfield-Telephonic | Maureen Jacob |

**Deputy Clerk:** Brenda Tolbert            **FTR:** 10:35 - 10:43

### PROCEEDINGS:

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
____ Settlement Conference (Length:  Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
_X_ Motions
____ Other:

**ORDER/RESULTS:**

Plaintiff's Motion to Dismiss Held.  See Court Order.

**Case Continued To:** _____  **For:** _____
**Case Referred To:** _____  **For:** _____

**ORDER TO BE PREPARED BY:** Court

**cc:** Chambers File, Chris, Brenda,  Other: