Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY; DENNIS BURNS;
ELI NAFFAH; MIKE SCAVUZZO;
DOUG PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; AND DOES 1 through 100, AND EACH OF THEM, INCLUSIVE,<br><br>                    Defendants. | Case No.  **CV 08-01395 MEJ**<br><br>**ORDER AFTER HEARING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(1),(6)]**<br><br>**Date:     July 24, 2008**<br>**Time:    10:00 a.m.**<br>**Dept.:    Courtroom B, 15th Floor**<br>**Judge:   Maria-Elena James** |

The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint was held on

July 24, 2008 at 10:00 a.m. in Department B of the Northern District of the United States District

Court – San Francisco Division.  Attorney David Springfield of Abraham Goldman & Associates

1  appeared on behalf of the Plaintiff, by telephone.  Attorney Morin I. Jacob of Liebert Cassidy
2  Whitmore appeared on behalf of Defendants.
3      IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is dropped because it
4  is moot since Plaintiff filed an amended complaint.
5      IT IS FURTHER ORDERED THAT Plaintiff's First Amended Complaint filed with the
6  court on May 14, 2008 is the new operative complaint.
7      IT IS FURTHER ORDERED that the First Amended Complaint is deemed served on all
8  Defendants as of July 24, 2008.  Defendants have 20 days to file a responsive pleading.

Date:_____, 2008      _____
                                                               Maria Elena-James
                                                                Judge of United States District Court

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107