Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY; DENNIS BURNS;
ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS
PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK (Formerly Doe No. 1) AND DOES 2 through 100, AND EACH OF THEM, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  **CV 08-01395 MEJ**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(1),(6)]**<br><br>**Date:** September 4, 2008<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom B, 15th Floor<br>**Judge:** Maria-Elena James<br><br>*(Filed Concurrently with Memorandum of Points and Authorities)*<br><br>**(Exempt from filing fees pursuant to Government Code, Section 6103)** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 4, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, San

Francisco, California, Defendants CITY OF CRESCENT CITY, DENNIS BURNS, ELI NAFFAH, MIKE SCAVUZZO, and DOUGLAS PLACK will move the court to dismiss the entire action pursuant to FRCP 12(b)(1) and 12(b)(6) because Plaintiff's First Amended Complaint, in its entirety, fails to state a claim upon which relief can be granted, on the grounds that:

Plaintiff's first claim for violation of Section 1983 and the First Amendment fails to state facts constituting a claim (FRCP 12(b)(6));

Plaintiff's second claim for violation of the False Claims Act fails to establish jurisdiction (FRCP 12(b)(1)) and fails to state facts constituting a claim (FRCP 12(b)(6));

Plaintiff's third claim for Breach of Contract fails to state facts constituting a claim and fails to establish jurisdiction (FRCP 12(b)(1), (6));

Plaintiff's fourth claim for Wrongful Termination in violation of California statutory and common law fails to state facts constituting a claim (FRCP 12(b)(6)); and

Plaintiff's fifth claim for state law defamation, invasion of privacy, false light, intentional infliction of emotional distress, and negligent infliction of emotional distress fails to state facts constituting a claim (FRCP 12(b)(6)).

The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: July 29, 2008                          LIEBERT CASSIDY WHITMORE

By:       /s/
Morin I. Jacob
Attorneys for Defendants
CITY OF CRESCENT CITY;
DENNIS BURNS; ELI NAFFAH;
MIKE SCAVUZZO; DOUGLAS PLACK

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107