Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:    (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY; DENNIS BURNS;
ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS
PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK (Formerly Doe No. 1) AND DOES 2 through 100, AND EACH OF THEM, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  **CV 08-01395 MEJ**<br><br>**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(1),(6)]**<br><br>**Date:     September 4, 2008**<br>**Time:     10:00 a.m.**<br>**Dept.:    Courtroom B, 15th Floor**<br>**Judge:   Maria-Elena James**<br><br>(Exempt from filing fees pursuant to Government Code, Section 6103) |

## I.　**INTRODUCTION**

Defendants served their motion to dismiss Plaintiff's First Amended Complaint on July 29, 2008. Two days later, on July 31, 2008, the California Supreme Court issued a new decision that mandates that this Court dismiss Plaintiff's fourth claim for wrongful termination against

Defendant City of Crescent City; and mandates that Plaintiff's fifth claim for defamation, invasion of privacy, false light, intentional infliction of emotional distress, and negligent infliction of emotional distress be dismissed as to all Defendants.

## II.   ARGUMENT

**A.   Plaintiff's Wrongful Termination Claim is Barred By Govt Code §815.**

In *Miklosy v. Regents of the University of California*, 2008 WL 2923434, the California Supreme Court held that public employers (such as the City of Crescent City) cannot be held liable for common law wrongful termination claims because public employers are immune from liability for such claims under Government Code Section 815. (*Miklosy*, 2008 WL 2923434 at pgs 14-15.) Thus, Plaintiff's fourth claim must be dismissed because this court has no jurisdiction to hear the claim.

**B.   Plaintiff's Fifth Claim Must Be Dismissed Because This Court Does Not Have Jurisdiction.**

**1.   Plaintiff Is Barred From Raising Her Claims Against City.**

In *Miklosy*, the California Supreme Court expressly holds that public entities cannot be held liable for common law claims because they are immune from liability under Government Code Section 815. (*Miklosy*, 2008 WL 2923434 at pgs 14-15). "Section 815 abolishes common law tort liability for public entities." (*Id.*). Thus, Plaintiff's fifth claim for defamation, invasion of privacy, false light, intentional infliction of emotional distress, and negligent infliction of emotional must be dismissed because this court has no jurisdiction to hear the claims.

**2.   Plaintiff's Intentional and Negligent Infliction of Emotional Distress Claims Are Barred Because Workers' Compensation is the Exclusive Remedy.**

In *Miklosy*, the California Supreme Court holds that claims for emotional distress for emotional distress arising out of the employer-employee relationship are exclusively governed by workers' compensation. (Id. at 16-17). Thus, Plaintiff's fifth claim for intentional infliction of emotional distress and negligent infliction of emotional must be dismissed as to all Defendants because this court has no jurisdiction to hear the claims.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' motion to dismiss Plaintiff's first amended complaint, in its entirety, without leave to amend.

Dated: August 8, 2008

LIEBERT CASSIDY WHITMORE

By: /s/
Morin I. Jacob,
Attorneys for Defendants
CITY OF CRESCENT CITY;
DENNIS BURNS; ELI NAFFAH;
MIKE SCAVUZZO