1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA  94107
5
   Telephone:   (415) 512-3000
6  Facsimile:   (415) 856-0306

7  Attorneys for Defendants
   CITY OF CRESCENT CITY; DENNIS BURNS;
8  ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS
   PLACK
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| JOEI LYN SANCHES, | Case No.  CV 08-1395-MEJ |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO CONTINUE MEDIATION COMPLETION DATE** |
| v. | |
| CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK (Formerly Doe No. 1) AND DOES 2 through 100, AND EACH OF THEM, INCLUSIVE, | Date:    October 2, 2008<br>Time:    10:00 a.m.<br>Dept.:    Courtroom B, 15th Floor<br>Judge:   Maria-Elena James |
| Defendants. | *(Filed Concurrently with Memorandum of Points and Authorities, [Proposed] Order)*<br><br>**(Exempt from filing fees pursuant to Government Code, Section 6103)** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants CITY OF CRESCENT CITY, DENNIS BURNS, ELI NAFFAH, MIKE SCAVUZZO, and DOUGLAS PLACK will move the court to continue the

mediation completion date in this matter pursuant to ADR Local Rule 6-5 on the grounds that a motion to dismiss is pending, thereby making the parties and claims in this action uncertain.

The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the proposed order filed herewith and the pleadings and papers filed herein.

Dated: August 26, 2008                    LIEBERT CASSIDY WHITMORE

                                          By:        /s/
                                             Morin I. Jacob
                                             Attorneys for Defendants
                                             CITY OF CRESCENT CITY; DENNIS
                                             BURNS; ELI NAFFAH; MIKE
                                             SCAVUZZO; DOUGLAS PLACK