1   Richard C. Bolanos, Bar No. 111343
    rbolanos@lcwlegal.com
2   Morin I. Jacob, Bar No. 204598
    mjacob@lcwlegal.com
3   LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
4   153 Townsend Street, Suite 520
    San Francisco, CA  94107
5
    Telephone:     (415) 512-3000
6   Facsimile:     (415) 856-0306

7   Attorneys for Defendants
    CITY OF CRESCENT CITY; DENNIS BURNS;
8   ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS
    PLACK
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  JOEI LYN SANCHES,                    Case No.  CV 08-1395-MEJ

15              Plaintiff,               **DEFENDANTS' MEMORANDUM OF
                                         POINTS AND AUTHORITIES IN
16  v.                                   SUPPORT OF MOTION TO CONTINUE
                                         MEDIATION COMPLETION DATE**
17  CITY OF CRESCENT CITY; DENNIS
    BURNS; ELI NAFFAH; MIKE              **Date:      October 2, 2008**
18  SCAVUZZO; DOUGLAS PLACK              **Time:      10:00 a.m.**
    (Formerly Doe No. 1) AND DOES 2      **Dept.:     Courtroom B, 15th Floor**
19  through 100, AND EACH OF THEM,       **Judge:     Maria-Elena James**
    INCLUSIVE,
20                                       *(Filed Concurrently with Notice of Motion and
                Defendants.              Motion;  [Proposed] Order)*
21
                                         **(Exempt from filing fees pursuant to
22                                       Government Code, Section 6103)**

23

24            <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

25          ADR Locale Rule 6-5 provides as follows:

26          (a)  Motion Required. Requests for extension of the deadline for conducting

27               a mediation must be made no later than 15 days before the session is to

28               be held and must be directed to the assigned Judge, in a motion under

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Civil L.R. 7, with a copy to the other parties, the mediator (if appointed) and the ADR Unit.

(b) Content of Motion. Such motion must:

(1) Detail the considerations that support the request;

(2) Indicate whether the other parties concur in or object to the request; and

(3) Be accompanied by a proposed order setting forth a new deadline by which the mediation shall be held.

The mediation completion date in this matter is currently scheduled for September 16, 2008. Defendants request that this mediation completion date be continued to December 1, 2008. This matter is not at issue yet. There is a motion to dismiss all claims and all parties in Plaintiff's first amended complaint pending before the court. The hearing date on the motion to dismiss is September 4, 2008. The original motion to dismiss Plaintiff's original was continued by this court on three separate occasions due to its heavy calendar. Plaintiff's proposed first amended complaint was deemed served upon the Defendants on July 24, 2008. Within days Defendants promptly file a motion to dismiss far in advance of the deadline given by the court. A meaningful mediation cannot be had in this matter if Defendants do not know who the parties are, and which claims, if any, will survive a motion to dismiss.

Defendants contacted counsel for Plaintiff to ascertain whether Plaintiff objects to this continuance. Plaintiff is opposed to a continuance.

Defendants respectfully request that this court grant Defendants' request to continue the mediation completion date in this matter to December 1, 2008.

Dated: August 26, 2008                    LIEBERT CASSIDY WHITMORE


By:_____/s/_____
      Morin I. Jacob
      Attorneys for Defendants
      CITY OF CRESCENT CITY; DENNIS
      BURNS; ELI NAFFAH; MIKE
      SCAVUZZO; DOUGLAS PLACK

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107