Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:  (415) 512-3000
Facsimile:  (415) 856-0306

Attorneys for Defendants
CITY OF CRESCENT CITY; DENNIS BURNS;
ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK (Formerly Doe No. 1) AND DOES 2 through 100, AND EACH OF THEM, INCLUSIVE,<br><br>       Defendants. | Case No.  CV 08-1395-MEJ<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>**Date:**   October 2, 2008<br>**Time:**   10:00 a.m.<br>**Dept.:**   Courtroom B, 15th Floor<br>**Judge:**   Maria-Elena James |

   Defendants' Motion to Continue the Mediation Completion Date came on regularly for hearing on October 2, 2008, in Courtroom B, 15th Floor, before the Honorable Maria-Elena James.  Abraham Goldman, Abraham Goldman & Associates, appeared as counsel for Plaintiff Sanches.  Morin I. Jacob, Liebert Cassidy Whitmore, appeared as counsel for Defendants City of Crescent City, Dennis Burns, Eli Naffah, Mike Scavuzzo and Doug Plack.  The Court, having read and considered all supporting and opposing papers, and having heard and considered the

arguments of counsel, and good cause appearing therefore:

IT IS ORDERED that the mediation completion date in this matter be continued to December 1, 2008.

Dated: _____

Judge Maria-Elena James

68348.1 CR015-004

2     CASE NO. CV 08-1395-MEJ

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO CONTINUE MEDIATION COMPLETION DATE