Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, California 95962
Tel.:    (530) 692-2267
Fax.:   (530) 692-2543
Email: agoldman@succeed.net

Attorneys for Plaintiff
JOEI LYN SANCHES,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOEI LYN SANCHES**,<br><br>   Plaintiff,<br><br>v.<br><br>**CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH, MIKE SCAVUZZO; DOUGLAS PLACK,** (Formerly DOE No. 1) and **DOES 2** through 100 and each of them inclusive,<br>   Defendants. | Case No:  CV-08-01395 MEJ<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Date:      September 4, 2008<br>Time:      10:00 a.m.<br>Dept.:     Courtroom B, 15th Floor<br>Judge:    Maria-Elena James |

  Plaintiff respectfully requests this Court for leave to appear via telephone at the hearing of Defendants' Motion to Dismiss First Amended Complaint For Lack of Jurisdiction and Failure to State a Claim Upon Which Relief Can be Granted [FRCP 12(b)(1),(6)], which is currently set for September 4, 2008, at 10:00 a.m.

  Plaintiff's counsel is located in rural Yuba County, California, which is located approximately a three to three-and-one-half hour drive, each way, to the Courthouse in San Francisco.  Since the Motion is fully briefed by all parties, plaintiff's counsel respectfully submits that six to seven hours of driving would be wasteful and inefficient.

  In addition, plaintiff's lead counsel, Abraham N. Goldman, is severely hearing impaired, basically being deaf in both ears, with hearing possible through a cochlear implant.  Because of

**Case No. CV 08-01395 MEJ**

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

- 1 -

1  the electronic devices, capability for hearing for plaintiff's counsel is actually better over the
2  telephone than it would be in open Court.
3      Finally, this Court previously granted plaintiff leave to appear by telephone on earlier law
4  and motion issues.
5      Accordingly, plaintiff respectfully requests leave to appear by telephone at the Hearing
6  on September 4, 2008 at 10:00 a.m.
7  Respectfully submitted,

DATED:  August 26, 2008                          ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.


                                         By: ___/s/ David Springfield_____
                                             Abraham N. Goldman, Attorney for Plaintiff
                                             David Springfield, Attorney for Plaintiff
                                             JOEI LYN SANCHES

## PROOF OF SERVICE

I am over the age of 18 years, not a party, and am employed at Yuba County, California. Pursuant to common business practice, I served the attached:

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

on the following party and attorneys in this action by causing a true and correct copy thereof to be delivered addressed as shown below, by 1st Class U.S. Mail on **August 26, 2008**, to:

| | |
|---|---|
| Richard C. Bolanos, Esq.<br>Morin I. Jacob, Esq.<br>LIEBERT CASSIDY WHITMORE<br>153 Townsend Street, Suite 520<br>San Francisco, CA 94107<br>Facsimile: (415) 856-0306 | Attorneys for Defendants<br>City of Crescent City, Dennis Burns,<br>Eli Naffah, and Mike Scavuzzo |

I am familiar with common business practice regarding collection and processing of documents for mailing with the U.S. Postal Service. Such documents were sealed prepaid and placed for collection on the date stated below.

I declare under penalty of perjury under the laws of the State of California and of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed *August 26, 2008,* at Yuba County, California.

                                                          /s/ Katherine W. Lendech
                                                          Katherine W. Lendech