IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES | Case No. C 08-1395 MEJ |
| Plaintiff, | ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants | |

On July 29, 2008, Defendants filed their *Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can be Granted,* and noticed a hearing date of September 4, 2008. The Court hereby takes the parties' papers under submission and vacates the September 4, 2008 hearing.

**IT IS SO ORDERED.**

Dated: September 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge