IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | Case No. C 08-1395 MEJ |
| Plaintiff, | ORDER CLARIFYING SEPTEMBER 3, 2008 ORDER |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants | |

On September 3, 2008, the Court issued an order vacating the hearing on Defendant's Motion to Dismiss. That order should have also stated that the motion would be decided on the parties papers. The Court therefore hereby states that it has taken the parties' papers under submission and will issue its ruling based on the papers.

**IT IS SO ORDERED.**

Dated: October 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge