1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEI LYN SANCHES,                           Case No. C 08-1395 MEJ

        Plaintiff,              ORDER CONTINUING HEARING ON
                                            DEFENDANT'S MOTION TO
  vs.                                       CONTINUE MEDIATION
                                            COMPLETION DATE
CITY OF CRESCENT CITY, et al.,

        Defendants

_____/

     The hearing on Defendant's *Motion to Continue Mediation Completion Date* is hereby

continued to October 16, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San

Francisco, California.

    **IT IS SO ORDERED.**

Dated: October 1, 2008                      _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge