IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEI LYN SANCHES, | Case No. C 08-1395 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING DATE |
| vs. | |
| CITY OF CRESCENT CITY, et al., | |
| Defendants | |

The hearing on Defendant's Motion to Continue Mediation Completion Date is hereby continued to October 30, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 17, 2008

MARIA-ELENA JAMES
United States Magistrate Judge