IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEI LYN SANCHES,

        Plaintiff(s),

vs.

CITY OF CRESCENT CITY, et al.,

        Defendant(s).

No. C 08-1395 MEJ

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      This matter is currently schedule for a case management conference on May 28, 2009. As the parties were unable to file a joint statement, the Court hereby CONTINUES the case management conference to June 25, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management conference statement by June 18, 2009.

      **IT IS SO ORDERED.**

Dated: May 22, 2009

                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge