1  Richard C. Bolanos, Bar No. 111343
   rbolanos@lcwlegal.com
2  Morin I. Jacob, Bar No. 204598
   mjacob@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  153 Townsend Street, Suite 520
   San Francisco, CA  94107
5  Telephone:     (415) 512-3000
   Facsimile:     (415) 856-0306
6
7  Attorneys for Defendants
   CITY OF CRESCENT CITY;
   DENNIS BURNS; ELI NAFFAH,
8  MIKE SCAVUZZO; DOUGLAS PLACK

9
10 Abraham N. Goldman, Bar No.102080
   agoldman@succeed.net
11 David Springfield, Bar No. 226630
   davids@succeed.net
   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
12 Post Office Box 120 / 12896 Rices Crossing Road
   Oregon House, CA 95962-0120
13 Tel.: (530) 692-2267
   Fax: (530) 692-2543
14
   Attorneys for Plaintiff
15 JOEI-LYN SANCHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH, MIKE SCAVUZZO; DOUGLAS PLACK, (Formerly DOE No. 1) and  DOES 2 through 100 and each of them inclusive.,<br><br>    Defendants. | Case No.  CV-08-1395 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT AND NON-EXPERT DISCOVERY DEADLINES**<br><br>**Trial Date: July 19, 2010** |

115177.2 CR015-004                                                          CASE NO.  CV 08-1395-MEJ
STIPULATION AND ORDER RE EXPERT AND NON-EXPERT DISCOVERY DEADLINES

BY AND THROUGH THEIR COUNSEL PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

1. The December 21, 2009 expert witness disclosure deadline has been extended to April 1, 2010.

2. The January 15, 2010 non-expert discovery deadline has been extended to March 1, 2010.

Dated: December 29, 2009         LAW OFFICES OF ABRAHAM GOLDMAN

                                 By:   */s/ Abraham Goldman*
                                       Abraham Goldman
                                       Attorneys for Plaintiff

Dated: December 29, 2009         LIEBERT CASSIDY WHITMORE

                                 By:   */s/ Morin Jacob*
                                       Morin I. Jacob
                                       Attorneys for Defendants

**IT IS SO ORDERED.**

Dated December 30, 2009
_____
The [signature: Judge Maria-Elena James]

115177.2 CR015-004                - 2 -              CASE NO. CV 08-1395-MEJ
STIPULATION AND ORDER RE EXPERT AND NON-EXPERT DISCOVERY DEADLINES