UNITED STATES DISTRICT COURT

Northern District of California

JOEI LYN SANCHES,

               Plaintiff(s),

   v.

CRESCENT CITY,

               Defendant(s).
  _____/

Related Cases
No. C 08-1395 MEJ
No. C 08-5663 MEJ

**ORDER VACATING PRETRIAL AND TRIAL DATES**

On December 30, 2009, the Court granted Plaintiff's motion to relate the above-captioned cases. As the lower-numbered case is currently scheduled for private mediation on January 14, 2010, and it would be beneficial for both cases to participate in the mediation session, the Court hereby VACATES all pretrial and trial deadlines pending in both cases. Upon completion of the mediation process, the parties shall file a joint status report, and the Court shall then schedule a case management conference, if necessary.

**IT IS SO ORDERED.**

Dated: December 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge