Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, California 95962
Tel.:   (530) 692-2267
Fax.:   (530) 692-2543
Email: agoldman@succeed.net

Attorneys for Plaintiff
JOEI LYN SANCHES,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEI LYN SANCHES<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH, MIKE SCAVUZZO; DOUGLAS PLACK, (Formerly DOE No. 1) and DOES 2 through 100 and each of them inclusive,<br>       Defendants. | Case No:   08-CV-01395 MEJ<br>Related Case:  08-CV-05663-MEJ<br><br>~~[PROPOSED]~~ ORDER RE JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION NO. 08-CV-01395-MEJ ONLY, WITH NO EFFECT ON RELATED CASE NO. 08-CV-05663-MEJ<br><br>Trial Date:  None set |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and the stipulation by all parties in Case No. 08-CV-01395-MEJ, the parties to this action, JOEI LYN SANCHES, plaintiff, and the CITY OF CRESCENT CITY; DENNIS BURNS; ELI NAFFAH; MIKE SCAVUZZO; DOUGLAS PLACK; and DOES 2-100, by their respective counsel of records, stipulated that Case No. 08-CV-01395-MEJ, shall be dismissed with prejudice, pursuant to the terms of the settlement agreement and release between the parties.

*The settlement does not include related case*, UNITED STATES OF AMERICA *ex rel,* JOEI LYN SANCHES v. CITY OF CRESCENT CITY et al., Case No. 08-CV-05663-MEJ, which action has not been settled, and has no effect on Case No. 08-CV-05663-MEJ whatsoever.

[PROPOSED] ORDER RE JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION NO. 08-CV-01395-MEJ ONLY, WITH NO EFFECT ON RELATED CASE NO. 08-CV-05663-MEJ

- 2 -

1  The Court hereby grants the parties' stipulated request to dismiss the Case No. CV-08-
2  01395-MEJ, with no effect on related Case No. 08-CV-05663-MEJ.
3  **IT IS SO ORDERED.**

Dated: May 4, 2010

_____
MARIA-ELENA JAMES
United States Magistrate Judge

[PROPOSED] ORDER RE JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION NO. 08-CV-01395-MEJ ONLY, WITH NO EFFECT ON RELATED CASE NO. 08-CV-05663-MEJ

- 2 -

# PROOF OF SERVICE

I am over the age of 18 years, not a party, and am employed at San Francisco, California. Pursuant to common business practice, I served the attached:

**[PROPOSED] ORDER RE JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION NO. 08-CV-01395-MEJ ONLY, WITH NO EFFECT ON RELATED CASE NO. 08-CV-05663-MEJ**

on the following party and attorneys in this action by causing a true and correct copy thereof to be delivered addressed as shown below by *1st Class U.S. Mail* on **May 4, 2010,** to:

| | |
|---|---|
| Joseph P. Russoniello, U.S. Attorney<br>Joann M. Swanson, Chief, Civil Division<br>**Steven J. Saltiel,** Assistant U.S. Attorney<br>Box 36055 / 450 Golden Gate Avenue<br>San Francisco, CA  94102<br>Email:  Steven.Saltiel@usdoj.gov | Attorneys for the UNITED STATES<br>in *SANCHES II*, Case No. CV-08-05663-MEJ |
| **Robert N. Black, Esq**.<br>Martha D. Rice, Esq.<br>299 'I' Street, Suite 11-B<br>Crescent City, CA 95531<br>Email:  rblack@attyblack.com | Attorney for Defendants City of Crescent City; Crescent City Housing Authority; Susie Mendez; Eli Naffah; Douglas Plack<br>in *SANCHES II*, Case No. CV-08-05663-MEJ |

I am familiar with common business practice regarding collection and processing of documents for mailing with the U.S. Postal Service.  Such documents were sealed prepaid and placed for collection on the date stated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed **May 4, 2010,** at San Francisco County, California.

*/s/ Vanessa Buffington*
Vanessa Buffington

[PROPOSED] ORDER RE JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION NO. 08-CV-01395-MEJ ONLY, WITH NO EFFECT ON RELATED CASE NO. 08-CV-05663-MEJ

- 3 -